Sylvester CRUDUP, Plaintiff–
Appellant,

v.

Marcia SEAY, Grievance Coordinator/
Institutional Ombudsman; S. Hughes,
Grievance, Institutional Ombudsman;
L.B. Collins, Inmate Hearing Officer;
K. Orie, Correctional Officer; W.
Best, Lieutenant, Correctional Officer; A. Netherland, Captain, Correctional Officer; A.S. Scott, Captain,
Correctional Officer; J. Keitt, Captain, Correctional Officer; L. Booker,
Correctional Officer; S. Moore, Sergeant, Correctional Officer; A.L.
Johnson, Captain, Correctional Officer; W. Penn, Correctional Officer;
Susan Carson, Operations Officer;
C.C. Murphy, Assistant Warden of Operations; Alton Baskerville, Warden;
W.P. Roger, Regional Director; P.M.
Henick, Regional Ombudsman, Defendants–Appellees.

No. 02–7757.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 26, 2003.

Sylvester Crudup, Appellant Pro Se.

Before LUTTIG, MOTZ, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Sylvester Crudup appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Crudup v. Seay,* No. CA–02–755–2 (E.D.Va. Oct. 18, 2002). We dispense with oral argument because the

**182**

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Gilbert Napoles–Cardenas seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude for the reasons stated by the district court that Napoles Cardenas has not made a substantial showing of the denial of a constitutional right. *See United States v. Napoles–Cardenas,* Nos. CR–00–131; CA–01–528–1 (M.D.N.C. Oct. 18, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We also deny Napoles–Cardenas' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*